IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BERNITA DAVIS, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00444-MTT |
| | * |
| PEACH COUNTY BOARD OF COMMISSIONERS, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 17th day of September, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk